JOHN H. GOUGEON, PLAINTIFF-RESPONDENT, v. BOARD OF ADJUSTMENT OF THE BOROUGH OF STONE HARBOR, *ET AL.*, DEFENDANTS AND JOSEPH F. GREENE, *ET ALS.*, INTERVENORS-PETITIONERS.

*Messrs. Curry, Purnell & Greene* for the petitioners.

*Mr. Joseph P. Greco* for the respondent.

January 16, 1968. Granted.

HOWARD SMITH, PETITIONER-RESPONDENT, v. TOWN OF WEST ORANGE, RESPONDENT-PETITIONER.

*Messrs. Brause, Callaghan & Coyle* for the petitioner.

*Mr. Louis C. Jacobson* for the respondent.

January 29, 1968. Denied.

HERBERT BOEHM, PLAINTIFF-PETITIONER, v. ELIZA-BETH GENERAL HOSPITAL AND DISPENSARY, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Maurice C. Brigadier* and *Mr. Seymour Margulies,* for the petitioner.

*Messrs. Lindabury, McCormick & Estabrook* for the respondents.

January 29, 1968. Denied.